FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2015 APR 10  PM 2: 41

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

INDICTMENT FOR VIOLATION OF
<u>THE FEDERAL GUN CONTROL ACT</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-91** |
| v. | * | SECTION: **SECT. C MAG 1** |
| **ROBERT DURST**<br>a/k/a "Everette Ward" | * | VIOLATIONS: 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2) |
| | * | |

\*   \*   \*

The Grand Jury charges that:

<u>COUNT 1</u>

On or about March 14, 2015, in the Eastern District of Louisiana, the defendant, **ROBERT DURST, a/k/a "Everette Ward,"** having previously been convicted of crimes punishable by imprisonment for a term exceeding one (1) year, to wit: two (2) convictions on October 25, 2004, in Case Number 04-667 in the Eastern District of Pennsylvania, for respectively, Possessing a Firearm while Under Indictment, in violation of Title 18, United States Code, Section 922(n), and Possessing a Firearm while a Fugitive from Justice, in violation of Title 18, United States Code, Section 922(g)(2), did knowingly possess in and affecting interstate commerce a firearm, to wit: a Smith and Wesson Model 637, .38 caliber revolver, bearing serial

___Fee _____
___Process _____
_X_Dktd _____
___CtRmDep _____
___Doc. No. _____

number CVU9125; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF GUN FORFEITURE

1.  The allegations of Count 1 of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Sections 922(g) and 924(d)(1), made applicable through Title 28, United States Code, Section 2461.

2.  As a result of the offense alleged in Count 1, the defendant, **ROBERT DURST a/k/a "Everette Ward,"** shall forfeit to the United States pursuant to Title 18, United States Code, Sections 922(g) and 924(d)(1), made applicable through Title 28, United States Code, Section 2461, any firearm or ammunition, which was involved in or used in a knowing violation of Title 18, United States Code, Section 922(g)(1), as alleged in Counts 1 of the Indictment.

3.  If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 922(g) and 924(d)(1), made applicable through Title 28, United States Code, Section 2461.

A TRUE BILL:

**FOREPERSON**

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY



MYLES RANIER
Assistant United States Attorney
Louisiana Bar Roll No. 30029

New Orleans, Louisiana
April 10, 2015

No.

# UNITED STATES DISTRICT COURT

Eastern *District of* Louisiana

Criminal *Division*

## THE UNITED STATES OF AMERICA

vs.

ROBERT DURST
a/k/a "Everette Ward"

## INDICTMENT
FOR
VIOLATIONS OF THE
FEDERAL GUN CONTROL ACT

VIOLATIONS: 18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

A true bill.

_____

Filed in open court this _____ day of _____ A.D. 2015.

_____
Clerk

Bail, $ _____

Myles D. Ranier
Assistant United States Attorney