MINUTE ENTRY
APRIL 14, 2015
AFRICK, J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA             CRIMINAL ACTION

VERSUS                               NO. 15-091

ROBERT DURST                         SECTION: C

### INITIAL APPEARANCE

*Rick DeGuerin*

APPEARANCES: _X_ DEFENDANT (WITH)/WITHOUT COUNSEL   WILLIAM P. GIBBENS *not present*
             909 POYDRAS ST., SUITE 1600, NEW ORLEANS, LA 70112
             _X_ ASSISTANT U.S. ATTORNEY   MYLES RANIER + *Michael McMahon*
             ___ INTERPRETER _____
             Designated by Court and sworn .   Time: _____ .M to _____ M.

_X_/ DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_/ READING OF THE INDICTMENT WAS:
     READ   WAIVED   (SUMMARIZED)

_X_/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

___/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

___/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

___/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

JS-10: 00: 03

__/ BAIL SET AT _____

_____

_____

_____

_____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING / REMOVAL HEARING / (ARRAIGNMENT) IS SET FOR _held_____

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_____

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING / REMOVAL HEARING / ARRAIGNMENT/DETENTION HEARING / HEARING TO DETERMINE COUNSEL WITH COUNSEL_____

[signature]