**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  15-091** |
| **v.** | * | **SECTION:  "C" (1)** |
| **ROBERT DURST** | * | |
| | * * * | |

**NOTICE OF MANUAL ATTACHMENT**

**Exhibit "A"**