UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 15-091 |
| v. | * | SECTION: "C" 1 |
| ROBERT DURST | * | |
| | * * * | |

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Robert Durst, who respectfully requests oral argument of his Motion to Reconsider Order Denying Durst's Motion to Suppress presently set for hearing on the 18th day of November, 2015 at 9:30 a.m.  Defendant believes that oral argument will greatly assist the Court in the resolution of this matter.

**WHEREFORE**, Defendant, Robert Durst, prays that this Request be granted and that oral argument be permitted on his Motion to Reconsider Order Denying Durst's Motion to Suppress presently set for hearing on the 18th day of November, 2015 at 9:30 a.m.

Respectfully submitted,

| | |
|---|---|
| Dick DeGuerin | */s/ William P. Gibbens* |
| Admitted *Pro Hac Vice* | William P. Gibbens, 27225 |
| DEGUERIN, DICKSON, | Ian Atkinson, 31605 |
| HENNESSY & WARD | SCHONEKAS, EVANS, McGOEY & |
| 1018 Preston, 7th Floor | McEACHIN, L.L.C. |
| Houston, Texas  77002 | 909 Poydras Street, Suite 1600 |
| Telephone: (713) 223-5959 | New Orleans, Louisiana  70112 |
| Facsimile: (713) 223-9231 | Telephone:(504)680-6050 |
| dick@deguerin.com | Facsimile:  (504) 680-6051 |
| | billy@semmlaw.com |
| | ian@semmlaw.com |

| | |
|---|---|
| Chip B. Lewis<br>Admitted *Pro Hac Vice*<br>LAW OFFICES OF CHIP B. LEWIS<br>1207 S. Shepherd<br>Houston, Texas  77019<br>Telephone:  (713) 523-7878<br>Facsimile:  (713) 523-7887<br>chipblewis@aol.com | David Z. Chesnoff<br>Admitted *Pro Hac Vice*<br>Chesnoff & Schonfeld<br>520 S. Fourth St.<br>Las Vegas, NV 89101<br>Telephone:  (702) 384-5563<br>Facsimile:  (702) 598-1425<br>dzchesnoff@cslawoffice.net |

Attorneys for Robert Durst

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2015, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ William P. Gibbens*
WILLIAM P. GIBBENS