UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**O R D E R**

IT IS ORDERED that the following motion noticed for submission on **November 18, 2015**, will be considered on the briefs:

cr15-091   UNITED STATES OF AMERICA V ROBERT DURST
Motion by Robert Durst to reconsider order denying motion to suppress (139)

New Orleans, Louisiana, this 13th day of November 2015.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE