# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 15-091 |
| VERSUS | SECTION "C" 1 |
| ROBERT DURST a/k/a Everette Ward | VIOLATION: 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |

## NOTICE OF REARRAIGNMENT

Take Notice that this criminal case has been set for Rearraignment on Thursday, December 17, 2015, at 2:00 p.m. before Judge Mary Ann Vial Lemmon for Judge Helen G. Berrigan, Federal Courthouse Building, Courtroom C-414, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: November 16, 2015 | WILLIAM W. BLEVINS, CLERK |
| | by: Kimberly County, Case Manager |

| | |
|---|---|
| TO: | |
| ROBERT DURST | AUSA: MYLES RANIER |
| c/o USM | MICHAEL MCMAHON |
| **COUNSEL FOR DURST:** | |
| William P. Gibbens | U.S. Marshal |
| billy@semmlaw.com | |
| Ian Lewis Atkinson | U.S. Probation/Pretrial Services Unit |
| ian@semmlaw.com | |
| Chip Brandon Lewis | JUDGE BERRIGAN |
| chipblewis@aol.com | |
| Richard M. DeGuerin | MAGISTRATE JUDGE |
| dick@deguerin.com | |
| David Z. Chesnoff | FOREIGN LANGUAGE INTERPRETER: |
| dzchesnoff@cslawoffice.net | NONE |

| | |
|---|---|
| **If you change address,** | S. A. WILLIAM C. WILLIAMS |
| **notify clerk of court** | FEDERAL BUREAU OF INVESTIGATION |
| **by phone, 589-7682** | |